

WENDELIN I. LIPP
U. S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re:  Miscellaneous Proceeding to Remove Renee Dyson, Esq., and Substitute William M. Savage, Esq. as Counsel | Miscellaneous Case No. _19-90006_ |

### ORDER GRANTING MISCELLANEOUS PROCEEDING
### TO SUBSTITUTE COUNSEL

This matter is before the Court on Shapiro & Brown, LLP's Miscellaneous Proceeding to remove Renee Dyson, Esq. (Federal Bar No. 15955) and substitute William M. Savage, Esq. (Federal Bar No. 06335) as Counsel for the parties represented in the cases listed in Exhibit A filed with the Miscellaneous Proceeding, the lack of opposition thereto and the record herein, it is

ORDERED that the relief requested in the Miscellaneous Proceeding is GRANTED and it is further

ORDERED that the appearance of Renee Dyson, Esq. (Federal Bar No. 15955) shall be removed and the appearance of William M. Savage, Esq. (Federal Bar No. 06335) shall be entered for each of the represented parties in each of the cases listed in the Exhibit A filed with the Miscellaneous Pleading.

I ask for this:

__/s/ Renee Dyson_____
Renee Dyson, Esquire
Federal I.D. Bar No. 15955
LAW OFFICES OF SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800 / ECF@Logs.com


__/s/ William M. Savage_____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
LAW OFFICES OF SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800 / ECF@Logs.com


Copies to be sent to:

Shapiro & Brown, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800

**END OF ORDER**